**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00591-CV

———————————

**UNICO COMMODITIES LLC AND RICCARDO VALENTINI, Appellants**

**V.**

**GLOBAL COMPANIES, LLC, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-33539**

---

## MEMORANDUM OPINION

Appellants Unico Commodities LLC and Riccardo Valentini filed their notice

of appeal on July 31, 2025. Appellants did not pay their appellate filing fee or

establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see*

*also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified appellants that unless they paid the appellate filing fee by September 29, 2025, their appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, appellants have not responded to the Clerk's notice, nor paid the appellate filing fee or established indigence for purposes of appellate costs.

Also, appellants failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On December 11, 2025, the Clerk of this Court notified appellants that their appellate brief was past due, and their appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed appellants to file their brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellants did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.